**Electronically Filed
Supreme Court
SCWC-28814
15-JUL-2011
07:48 AM**

NO. SCWC-28814

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

TERRI T. OKAMURA,
Petitioner/Plaintiff-Appellant/Cross-Appellee

vs.

CALVIN WILLIAMS, aka CALVIN WILLIAMS, JR., aka CAL WILLIAMS,
aka M. MATSUNAGA; SAWAKO WILLIAMS; JAPAN EXTERIOR
TECHNOLOGIES, unregistered partnership dba JET,
Respondents/Defendants-Appellees/Cross-Appellants

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 05-1-0344)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on June 8, 2011, by Petitioner/Plaintiff-Appellant/Cross-Appellee Terri T. Okamura, is hereby rejected.

DATED:  Honolulu, Hawai‘i, July 15, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Junsuke Otsuka and
David Squeri (Otsuka &
Associates) for
petitioner/plaintiff-
appellant/cross-appellee,
on the application.

---

[1]  Considered by:  Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ., and Circuit Judge Wilson in place of Recktenwald, C.J., recused.

William S. Hunt and
Peter S. Knapman (Alston
Hunt Floyd & Ing) for
respondents/defendants-
appellees/cross-appellants,
on the response.

_____

SCWC-28814 <u>Okamura v. Williams</u>
Order Rejecting Application for
Writ of Certiorari